United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Luis Sierra, Plaintiff,<br><br>v.<br><br>Pita Star Inc. dba Pita Star and Stephen Greenberger, Trustee, Defendants. | Civil Action No. 16-61834-Civ-Scola |

## Order Administratively Closing Case Upon Notice Of Settlement

The parties have settled this matter. (Jt. Mot. for Approval and Entry of Consent Decree and Dismissal with Prejudice, ECF No. 10.) To that end, the parties have asked this Court to approve their Consent Decree. However, no consent decree was attached to the motion for approval for the Court to review. The parties' motion (**ECF No. 10**) is therefore **denied without prejudice**. By **November 4, 2016** the Plaintiff must refile its motion and notice of dismissal, with the consent decree attached as an exhibit. In the meantime, the Court will administratively close this case.

The Court directs the Clerk to **close** this case. Any party may move to reopen the action if there is a problem in reaching a final settlement agreement. Any pending motions are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on October 28, 2016.

_____
Robert N. Scola, Jr.
United States District Judge